HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE MARIA GOMEZ ORTEGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOSE MARIA GOMEZ ORTEGA,<br><br>                    Defendant. | No.  Cr. 06-323 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND, JR. |

Defendant, JOSE MARIA GOMEZ ORTEGA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On September 11, 2008, this Court sentenced Mr. Ortega to an aggregate term of 132 months imprisonment, comprised of 36-month terms for Counts 1 and 2 (violations of 21 U.S.C. § 843(b)), to be served consecutively, and a 60-month sentence for Count 31 (a violation of 18 U.S.C. § 924(c)(1)(A)(1)), to be served consecutively;

3. As to Counts 1 and 2, his total offense level was 29, his criminal history category was I, the resulting guideline range was 87 to 108 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Ortega was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Ortega's total offense level as to Counts 1 and 2 has been reduced from 29 to 27, his amended guideline range is 70 to 87 months, and a reduction comparable to the one received at the initial sentencing would produce a term of 58 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ortega's term of imprisonment to an aggregate term of 118 months, comprised of 29-month terms on Counts 1 and Count 2, to be served consecutively, and a 60-month sentence on Count 3, to be served consecutively.

Respectfully submitted,

Dated:  June 5, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   June 5, 2015

HEATHER E. WILLIAMS
Federal Defender


 /s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
JOSE MARIA GOMEZ ORTEGA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Ortega is entitled to the benefit Amendment 782, which reduces the total offense level on Counts 1 and 2 from 29 to 27,

resulting in an amended guideline range of 70 to 87 months.  A reduction comparable to the one received at the initial sentencing produces a term of 58 months

    IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2008 is reduced to an aggregate term of 118 months, comprised of 29-month terms on each of Counts 1 and Count 2, to be served consecutively to each other, and a 60-month term on Count 3, served consecutively.

    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

    Unless otherwise ordered, Mr. Ortega shall report to the United States Probation Office within seventy-two hours after his release.

    IT IS SO ORDERED.

Dated:  June 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT